# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN THE MATTER OF REASSIGNMENT

                                                         NOTICE OF REASSIGNMENT

OF

CASES FROM HON. STEPHEN C. ROBINSON

------------------------------------------------------------X

The cases on the attached list are reassigned to the calendar of:

JUDGE DUFFY

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: September 17, 2010

                                                        Ruby J. Krajick, CLERK

                                                        Leyni Disla
                                    By: _____
                                           Deputy Clerk

cc: Attorneys of Record

03cv5275
03cv9870
06cv2591
06cv11370
06cv13425
07cv2034
~~07cv4142~~
07cv6327
07cv9674
07cv9721
~~07cv10535~~
08cv86
08cv123
08cv1107
08cv1270
08cv2049
08cv2379
08cv2837
08cv3514
08cv3570
08cv3892
08cv4903
08cv5066
08cv6218
~~08cv6446~~
08cv6466
08cv6770
~~08cv6870~~
08cv6906
08cv6920
08cv6940
08cv7282
08cv7603
08cv8095
08cv8126
08cv8212
08cv8273
08cv8721
08cv9178
08cv9549
08cv10046
08cv10140
08cv11328
08cv11352
09cv202
09cv732

09cv2665
09cv4375
10cv138