UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ILLINOIS UNION INSURANCE COMPANY,

                Plaintiff,

  -against-

PAF PAINTING SERVICES, INC., et al.

                Defendant.
------------------------------------------------X

Case No: 08 cv 8095 (SCR)

*Partial* STIPULATION OF DISCONTINUANCE *as to Regional Construction Corporation*

IT IS HEREBY STIPULATED AND AGREED, that the declaratory action commenced by plaintiff, ILLINOIS UNION INSURANCE COMPANY, is hereby discontinued as against REGIONAL CONSTRUCTION CORPORATION with prejudice, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

This Stipulation may be executed in parts and a photocopy of a signature shall have the same force and effect as an original.

Dated:    New York, New York
             January 23, 2009

_____
TOD S. FICHTELBERG
LAW OFFICES OF
MICHAEL E. PRESSMAN
Attorneys for Defendant
REGIONAL CONSTRUCTION CORP.
125 Maiden Lane, 17th Floor
New York, New York 10038
(212) 480-3030
File No.: LIU 12939
#488426/rh

So ORDERED:

*Cathy Seibel*
U.S.D.J.

_____
SEDGWICK, DETERT,
MORAN & ARNOLD, LLP
Attorneys for Plaintiff
ILLINOIS UNION INSURANCE
COMPANY
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202

DATED: 9/27/10

[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp]