UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ILLINOIS UNION INSURANCE COMPANY,

                                    Plaintiff,

            -against-

PAF PAINTING SERVICES, INC., and REGIONAL
CONSTRUCTION CORPORATION

                                    Defendants.
-----------------------------------------------------------X

08 Civ. 8095

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      **PLEASE TAKE NOTICE THAT,** pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Illinois Union Insurance Company, hereby dismisses this action against Defendant PAF Painting Services Inc. without prejudice.

Dated: New York, NY
        November 2, 2010

                                  SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                  By: _____
                                      Christopher J. Celentano (CC 2440)

                                  125 Broad Street, 39th Floor
                                  New York, New York 10004-2400
                                  Telephone: (212) 422-0202
                                  Facsimile: (212) 422-0925
                                  *Attorneys for Plaintiff*
                                  *ILLINOIS UNION INSURANCE COMPANY*

SO ORDERED:

_____
U.S.D.J.

NY/604536V1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-17-10